# Order

**Michigan Supreme
Court
Lansing, Michigan**

January 13, 2015

Robert P. Young, Jr.,
Chief Justice

149948 & (21)

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

STEPHANIE LAWSON,
       Plaintiff-Appellee,

v

SC: 149948
COA: 320523
Washtenaw CC: 12-000182-NO

ANTHONY NAM and NAM BUILDING
MANAGEMENT COMPANY,
       Defendants-Appellants.
_____/

      On order of the Chief Justice, the stipulation to dismiss the application for leave to appeal is GRANTED. The dismissal is with prejudice and without costs or fees to either party.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 13, 2015

